546837-01 BDN

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE:                                     CHAPTER 7
    ASHLIE NOEL COWAN            BANKRUPTCY NO. 25-01168

    Debtors

## APPEARANCE

Comes now Benjamin Dennison of Keith D. Weiner & Associates Co., L.P.A. and enters an appearance on behalf of the Creditor herein, Credit Acceptance Corporation, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

Keith D. Weiner & Associates Co., L.P.A.


By: /s/ Benjamin Dennison
Thomas L. Canary Jr. (#4239-10)
Lindsey Hall (OH#0075152)
Daniel C. Wolters (OH#0076521)
Benjamin Dennison (#KY#98912)
Counsel for Creditor
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
(216) 771-6500
(216) 771-6540 – fax
bankruptcy@weinerlaw.com

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

1.  Office of the U.S. Trustee at (registered address)@usdoj.gov

2.  Thomas A. Krudy on behalf of the Chapter 7 Trustee's office at tkrudytrustee@gmail.com

3.  Matthew Donald Draving on behalf of Ashlie Noel Cowan, Debtor, at mattdraving@slbankruptcy.com


And by regular U.S. mail, postage prepaid, to:

Ashlie Noel Cowan
3090 N Morton St, Lot 3
Franklin, IN 46131


Keith D. Weiner & Associates Co., L.P.A.

By: /s/ Benjamin Dennison
Thomas L. Canary Jr. (#4239-10)
Lindsey Hall (OH#0075152)
Daniel C. Wolters (OH#0076521)
Benjamin Dennison (#KY#98912)
Counsel for Creditor
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
(216) 771-6500
(216) 771-6540 – fax
bankruptcy@weinerlaw.com